WALTER MORRIS, Appellant, *v.* EDWARD L. CRUSIUS, Doing Business under the Firm Name of NEW YORK X-RAY AND PATHOLOGICAL LABORATORIES, Respondent.

*Negligence — action to recover for alleged negligence in making blood analysis.*

*Morris* v. *Crusius*, 207 App. Div. 232, affirmed.

(Argued May 20, 1924; decided June 3, 1924.)

APPEAL from a judgment, entered December 10, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was for damages alleged to have been sustained because of alleged negligence on the part of the defendant in making an analysis of plaintiff's blood, in diagnosing his condition and in advising him with reference to a course of treatment to effect a cure of a disease with which plaintiff was said to be afflicted.

*N. Otis Rockwood* for appellant.
*Edward P. Mowton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.